1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                              No. 2:25-cv-02166-WBS-CSK

IN RE:  STEVEN WAYNE BONILLA

12                                              No. 2:25-cv-02213-WBS-CSK

13                                              No. 2:25-cv-02214-WBS-CSK

14                                              No. 2:25-cv-02217-WBS-CSK

15                                              No. 2:25-cv-02220-WBS-CSK

16                                              No. 2:25-cv-02221-WBS-CSK

17                                              No. 2:25-cv-02224-WBS-CSK

18                                              No. 2:25-cv-02225-WBS-CSK

19                                              No. 2:25-cv-02229-WBS-CSK

20                                              No. 2:25-cv-02231-WBS-CSK

21

22

23                                              **ORDER**

24

25

26        Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

27 above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

28 litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

1

1   proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

2   Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

3   13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

4   the Court to open a new case for each attempted new pleading and assign it to the Court for

5   review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

6   Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

7          The Court has reviewed the complaints/petitions filed in the above-captioned cases and

8   finds they are related to Plaintiff's Alameda County criminal conviction.

9          Accordingly, IT IS HEREBY ORDERED that 2:25-cv-02166, 2:25-cv-02213, 2:25-cv-

10  02214, 2:25-cv-02217, 2:25-cv-02220, 2:25-cv-02221, 2:25-cv-02224, 2:25-cv-02225, 2:25-cv-

11  02229 and 2:25-cv-02231 are DISMISSED; the Clerk of the Court is directed to close these cases.

12  No further filings will be accepted.

13  Dated:  August 15, 2025

14                                                  WILLIAM B. SHUBB
                                                    UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28